FILED
2017 May-04 PM 04:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil cass

# UNITED STATES DISTRICT COURT

## Northern District of Alabama

| | |
|---|---|
| GARY D. TAYLOR ] | |
| Plaintiffs ] | |
| ] | Case no.------------------------------- |
| ] | |
| Fidelity National Title Insurance Company ] | A Jury Trial is Requested |
| J.P. Morgan Chase Bank, N.A. ] | |
| Mortgage Electronic registration Systems | |
| ] | 7:17-cv-00708-LSC |
| Defendantts ] | |

# COMPLAINT FOR A CIVIL CASE
# BREECH of CONTRACT, FRAUD, UNJUST INRICHMENT.

1. The Parties to this Complaint

   A. THE PLAINTIFFS

   GARY D. TAYLOR
   13058 AllaDr.
   Tuscaloosa County
   Coker, Ala. 35452

   B. The Defendants

   FIDELITY NATIONAL TITLE INSURANCE COMPANY
   3700 State ST. Suite 100
   Santa Barbara, California 93105
   Incopoted IN The State of Delaware

Mortgage Electronic Registration Systems
1901 E. Voorhees St. Suite C
Danville, IL. 61834     And
P.O. Box 2026
Flint, Mi. 48501
 Incoporated In The State of Delaware



J.P.. Morgan Chase Bank
270 Park Av. Midtown Manhatten
New York, New York  10017

Incoporated In the State of Delaware


STANDING

The Plaintiffs are Citizen of the State of Alabama, The mortgage was executed in Alabama.
The defendants are all corporations who are Incoporated in the State of Delaware.


The Amount in Controversy     250,000.00  actual damages

STATEMENT OF CLAIMS

On  November  11 2002  The Plaintiffs Closed A Mortgage with Homecomings Financial Network.This mortgage included A Title Insurance Policy with a face value of $96000.00 to be paid to the Mortgage Holder in the case of lost of the title or the loss of value of the mortgage due to lost Title.On October 5. 2011 A loss of title was reported by the Plaintiffs to the Title Company thru Colleen McCullough A Attorney with the firm of SIROTE &PERMUTT in Birmingham Al. This Title Insurance is valid thru November11,2017 This claim was not paid or was paid and not recorded on the mortgage documents.
The failure of the Fidelity National Title Insurance Company has caused the plaintiffs to suffer great financial & emotional damage.

RELIEF

Damages were caused to the Plaintiffs due to the failure of Fidelity National Title Insurance to do due diligence on a claim that was a valid claim. Their failure is the primary reason the plaintiffs have been subject to 6 years of legal actions and a personal judgement in the amount of $125000.00 plus personal legal cost in excess $40000.00 plus 6 years of exstream stress and stress related health issues.

| | |
|---|---|
| Actual damages suppored by documentaion | $165000.00 |
| Medical bills | 45000.00 |
| Pain & suffering | 40000.00 |
| Punitive damages | $ 5 MILLION |

Certification and Closing
Under Federal Rule of Civil Procedure 11, by siging below, I certify to the best of my knowledge, information, and belief that this complaint:[1] is not being presented for an improper purpose,such as to harass, cause unnecessary delay, or needlessly increase the the cost of litigation;{2]is supported by existing law or by a non-frivolous argument for extending,modifying orreversing existine law:[3]the factual contentions have evidentiary support or, if specifically so indentified,will likely have evidentiary support after a reasonable opportunity fo further investigation or discovery and [4]the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my adress where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissmal of my case.

First Name_GARY_____Last NameTAYLOR_____
Mailing Address_13058ALLA__dr._____
City and State_COKER, ALA._____Zip Code_35452_____
Telephone Number 205-3390226_____
E-Mail Address_none`_____

Signature of Plaintiff _____ _D. Taylor_
Date signed_MAY 1, 2017_
PH # 205 339 0226

Gary D. Taylor
13058 Alla
Coker, AlA. 35452
PH. # 205 3390226

# CERTIFICATE OF SERVICE

I GARY D.TAYLOR, Certify that onMay,1 2017. I the Plaintiff have delivered to the Clerk of UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA, A copy of this complaint and A summons to be delivered by U.S. Mail with return receipt postage paid To the following defendant;

Mortgage Electronic Registration Systems
1901 Voorhees St. Suite C.
Danville, IL.     61834

BY; *[signature]*
Date; 05-02-2017

Gary D. Taylor
13058 Alla
Coker, AlA. 35452
PH. # 205 3390226

# CERTIFICATE OF SERVICE

I GARY D.TAYLOR, Certify that onMay,1 2017. I the Plaintiff have delivered to the Clerk of UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA, A copy of this complaint and A summons to be delivered by U.S. Mail with return receipt postage paid To the following defendant;

Fidelity National Title Insurarce Company
3700State St. Suite100
Santa Barbara, California 93105

BY. *[signature: Gary D Taylor]*
Date- 05-02-2014

Gary D. Taylor
13058 Alla
Coker, AlA. 35452
PH. # 205 3390226

# CERTIFICATE OF SERVICE

I GARY D.TAYLOR, Certify that onMay,1 2017. I the Plaintiff have delivered to the Clerk of UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA, A copy of this complaint and A summons to be delivered by U.S. Mail with return receipt postage paid To the following defendant;

J.P. Morgan , Chase Bank
270 Park Av. New York, New York      10017

BY; *(signature)*
Date; 05- 02 - 2017

HUD-1A OMB NO. 2502-0491

## A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
### SETTLEMENT STATEMENT
Optional Form for Transactions without Sellers

**NAME AND ADDRESS OF BORROWER:**
Gary D. Taylor and
Susan P. Taylor
13108 Upper Columbus Road
Coker, AL 36452

**NAME AND ADDRESS OF LENDER:**
Homecomings Financial Network,
800 Corporate Drive - Suite 424
Ft. Lauderdale, FL 33334

**PROPERTY LOCATION:**
13108 Upper Columbus Road
Coker, AL 36452
Tuscaloosa County, Alabama

**SETTLEMENT AGENT:** National Real Estate Information Services
**PLACE OF SETTLEMENT:** 1253 Center Point Parkway
Birmingham, AL 35215
**SETTLEMENT DATE:** November 11, 2002   **Disburse:** 11/15/02
**LOAN NUMBER:** 041-524107-4

### L. SETTLEMENT CHARGES

| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
|---|---|---|
| 801. Loan Origination Fee  % to | | |
| 802. Loan Discount  % to | | |
| 803. Appraisal Fee  to Cathy G. Morris | 400.00 | |
| 804. Credit Report  to Southland Mortgage, LLC | 11.00 | |
| 805. Underwriting Fee  to Homecomings Financial Network, h | 115.00 | |
| 806. Tax Service Fee  to Homecomings Financial Network, h | 76.00 | |
| 807. Flood Cert Fee  to Homecomings Financial Network, h | 10.00 | |
| 808. Broker Processing Fee to Southland Mortgage, LLC | 215.00 | |
| 809. Broker Courier Fee to Southland Mortgage, LLC | 15.00 | |
| 810. Broker Fee to Southland Mortgage, LLC | 1,870.00 | |
| 811. Lender Closing Fee to Homecomings Financial Network, h | 310.00 | |
| 812. Broker Fee from HF to Broker to Southland Mortgage, LLC  POC $1,395.00 | | |

### M. DISBURSEMENT TO OTHERS

| 1501. Payoff to WENDVR FUNDING | 84,160.09 |
|---|---|
| 1502. | |
| 1503. | |
| ... | |
| 1520. TOTAL DISBURSED (enter on line 1503) | 84,160.09 |

### 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE
| 901. Interest 11/15/02 to 12/01/02 @ $ 21.772___/day | 348.35 |
| 902. Mortgage Insurance Prem for  months to | |
| 903. Hazard Insurance Prem for 1.0 yr to Travelers Property & Casual | 513.00 |
| 905. 2002 Property Taxes  to Tuscaloosa County Tax Coll | 167.28 |

### 1000. RESERVES DEPOSITED WITH LENDER
| 1001. Hazard Insurance  2.000 months @ $ 51.00 per month | 102.10 |
| 1002. Mortgage Insurance  months @ $ per month | |
| 1003. City/Town Taxes  months @ $ per month | |
| 1004. County Taxes  4.000 months @ $ 6.81 per month | 52.44 |
| 1005. Assessments  months @ $ per month | |
| 1008. Aggregate Escrow Adj.  months @ $ per month | -37.51 |

### 1100. TITLE CHARGES
| 1101. Settlement Fee  to National Real Estate Information Sv | 375.00 |
| 1102. Title Search  to | |
| 1103. Title Examination  to National Real Estate Information Sv | 155.00 |
| 1104. Title Ins. Binder  to | |
| 1105. Document Prep  to | |
| 1106. Notary Fees  to | |
| 1107. Attorney's Fees  to | |
| (includes above item numbers:  ) | |
| 1108. Title Insurance  to National Real Estate Information Sv | 235.00 |
| (includes above item numbers:  ) | |
| 1109. Lender's Coverage  $93,500.00  $35.00 | |
| 1110. Owner's Coverage  $ | |

### 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES
| 1201. Recording Fees: Mortgage $ 45.50  Release $ | 45.50 |
| 1202. City/County Tax/Stamps: Mortgage $ 140.25 | 140.25 |
| 1203. State Tax/Stamps: Mortgage $ | |

### N. NET SETTLEMENT
| 1600. Loan Amount | $ 93,500.00 |
| 1601. Plus Cash/Check from Borrower | $ 0.00 |
| 1602. Minus Total Settlement Charges (line 1400) | $ 5,480.52 |

**COLLEEN MCCULLOUGH**

ATTORNEY AT LAW

(205) 930-5379

*cmccullough@sirote.com*

SIROTE
&
PERMUTT
A PROFESSIONAL CORPORATION

October 5, 2011

Susan P. Taylor
Gary D. Taylor
13108 Upper Columbus Road
Coker, AL 35452

13058 Alla Drive
Coker, AL 35452

Re: Our Client: GMAC Mortgage, LLC as Servicer for The Bank of New York Mellon Trust Company, National Association f/k/a The Bank of New York Trust Company, N.A., as successor JP Morgan Chase Bank, N.A. as Trustee for RASC 2002 KS8
Loan No. 7415241074

Dear Mr. and Mrs. Taylor:

Please recall that this firm represents GMAC, the servicer of the above referenced loan. I have recently spoken with Mr. Taylor regarding the legal description contained in the mortgage recorded in Mortgage Book 2002, Page 101789. As we discussed, the legal description issues have been raised with the title insurance company, Fidelity National Title Insurance Company. I have also advised GMAC of our conversation and they have indicated that a workout package will be mailed to you for review. If you are interested in a possible modification of this loan, I would encourage you to complete the paperwork and return it to GMAC. You may also contact Tina Sivola at GMAC directly if you have questions regarding the package of information. Ms. Sivola's number is (319) 236-4764.

Should you have any questions regarding the above, please feel free to contact me.

This communication is from a debt collector.

Sincerely,

Colleen McCullough
FOR THE FIRM

CM/ta
c: GMAC Mortgage, LLC
   Ms. Tina Sivola

Loan #: 7415241074

2011  2420
Recorded in the Above
MISCELLANEOUS Book & Page
03-07-2011 06:44:54 PM
W. Hardy McCollum - Probate Judge
Tuscaloosa County, Alabama

STATE OF ALABAMA                )

COUNTY OF TUSCALOOSA     )

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (the "Assignor"), does hereby transfer, assign, set over and convey unto THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE FOR RASC 2002KS8 (the "Assignee"), its successors, transferees, and assigns forever, all right, title and interest of said Assignor in and to that certain Mortgage executed by SUSAN P. TAYLOR AND GARY D. TAYLOR, WIFE AND HUSBAND, to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR HOMECOMINGS FINANCIAL NETWORK, INC. dated November 11, 2002, and filed for record in Mortgage Book 2002, Page 101789, in the Probate Office of Tuscaloosa County, Alabama.

It is expressly understood and agreed that the within transfer and assignment of the said Mortgage is without warranty, representation or recourse of any kind whatsoever.

IN WITNESS WHEREOF, said Assignor has hereunto set its signature this 21 day of February, 2011.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
Its: Peggy Vernitsky  Assistant Secretary

STATE OF __Pennsylvania__        )

COUNTY OF __Montgomery__   )

I, __Nikole Shelton__, a Notary Public in and for said County in said State, hereby certify that __Peggy Vernitsky__, whose name as Assistant Secretary of Mortgage Electronic Registration Systems, Inc., a __Delaware__ Corp is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of said conveyance, he/she, as such Peggy Vernitsky, and with full authority, executed the same voluntarily for and as the act of said Assistant Secretary.

Given under my hand this the 21 day of February, 2011.

_____
Notary Public

My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nikole Shelton, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Aug. 11, 2014
Member, Pennsylvania Association of Notaries

This instrument prepared by:
Colleen McCullough
Sirote & Permutt, P.C.
P. O. Box 55727
Birmingham, AL. 35255
Sirote #: 130227

Book/Pg: 2011/2420
Term/Cashier: SCAN3 / jmcateer
Tran: 9908.621827.786832
Recorded: 03-07-2011 18:45:14
PJF Probate Judge Fee       2.00
REC Recording Fee           3.50
Total Fees:  $ 5.50