FILED
2017 May-25 AM 08:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARY TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 7:17-CV-00708-LSC |
| FIDELITY NATIONAL TITLE INSURANCE ) | |
| COMPANY et al., ) | |
| ) | |
| Defendants. ) | |

## **FIDELITY NATIONAL TITLE INSURANCE COMPANY'S MOTION TO DISMISS**

COMES NOW Defendant Fidelity National Title Insurance Company ("Fidelity"), by and through its undersigned counsel, and, pursuant to Fed. R. Civ. P. 12(b)(6), moves this honorable Court to dismiss Plaintiff's Complaint for a Civil Case of Breech [sic] of Contract, Fraud, Unjust Enrichment for failure to state a claim upon which relief can be granted. In support of this Motion, Fidelity relies upon the Brief in Support of Defendant Fidelity's Motion to Dismiss filed herewith.

WHEREFORE, Fidelity prays the Court dismiss Plaintiff's Complaint and this action WITH PREJUDICE.

Respectfully submitted this the 25th day of May, 2017.

                                        */s/ Austin E. James*
                                        AUSTIN E. JAMES (ASB-6988-N45J)
                                        Attorney for Defendant Fidelity

FIDELITY NATIONAL LAW GROUP
4170 Ashford Dunwoody Road
Suite 460
Atlanta, Georgia  30041
Direct: 770-325-4807
Facsimile: (404) 968-2189
austin.james@fnf.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Fidelity National Title Insurance Company's Motion to Dismiss was filed electronically through the Court's CM/ECF system, which will send to the attorneys of record notice of the filing of the foregoing document. I further certify that I have caused a true and correct copy of the foregoing document to be served by having same placed in the United States Mail, postage prepaid, addressed as follows:

Gary D. Taylor
13058 Alla Drive
Coker, Alabama  35452

Mortgage Electronic Registration Systems, Inc.
1901 E. Voorhees St, Suite C
Danville, Illinois  61834

JPMorgan Chase Bank, NA
270 Park Ave.
New York, New York  10017

This 25th day of May, 2017.

/s/ *Austin E. James*
AUSTIN E. JAMES (ASB-6988-N45J)
Attorney for Defendant Fidelity National Title Insurance Company

FIDELITY NATIONAL LAW GROUP
4170 Ashford Dunwoody Road
Suite 460
Atlanta, Georgia  30041
Direct: 770-325-4807
Facsimile: (404) 968-2189
austin.james@fnf.com