

FILED
2017 Jun-05  AM 10:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **GARY TAYLOR,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 7:17-CV-00708-LSC |
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY et al.,** | ) |
| **Defendants.** | ) |

## MOTION TO DISMISS OF JPMORGAN CHASE BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Defendants JPMorgan Chase Bank, N.A. ("Chase") and Mortgage Electronic Registration Systems, Inc. ("MERS") hereby move this honorable Court to dismiss Plaintiff's Complaint [Doc 1] pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In support of this motion, Chase and MERS join in and adopt by reference Defendant Fidelity National Title Insurance Company's ("FNTIC") Motion to Dismiss [Doc 6] and its accompanying Brief in Support [Doc 6-1] and each of the arguments therein asserted because each of those arguments is equally applicable to Chase and MERS. As additional support for the dismissal of Plaintiff's Complaint, Chase and MERS rely upon the Brief in support filed herewith.

- 2 -

WHEREFORE, Defendants Chase and MERS request that the Court dismiss the Complaint and this action with prejudice.

Respectfully submitted this 5th day of June, 2017.

/s/ *Austin E. James*
AUSTIN E. JAMES (ASB-6988-N45J)
Attorney for Defendants

FIDELITY NATIONAL LAW GROUP
4170 Ashford Dunwoody Road
Suite 460
Atlanta, Georgia  30319
Direct: 770-325-4807
Facsimile: (404) 968-2189
austin.james@fnf.com

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing MOTION TO DISMISS OF JPMORGAN CHASE BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. to be served by having same placed in the United States Mail, postage prepaid, addressed as follows:

Gary D. Taylor
13058 Alla Drive
Coker, Alabama  35452

This <u>5th</u> day of June, 2017.

                                          */s/ Austin E. James*
                                          AUSTIN E. JAMES (ASB-6988-N45J)
                                          Attorney for Defendants

FIDELITY NATIONAL LAW GROUP
4170 Ashford Dunwoody Road
Suite 460
Atlanta, Georgia  30319
Direct: 770-325-4807
Facsimile: (404) 968-2189
austin.james@fnf.com