FILED

2017 Jun-06  PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| GARY D. TAYLOR, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 7:17-cv-00708-LSC |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Before this Court are Defendant Fidelity National Title Insurance Company's motion to dismiss (Doc. 6), filed on May 25, 2017, and a second motion to dismiss filed by Defendants JP Morgan Chase Bank, N.A. and Mortgage Electronic Registration Systems, Inc. (Doc. 9), filed on June 5, 2017. This Court will hear argument on these motions at a hearing scheduled for Friday, June 30, 2017, at 11:30 AM, United States Federal Building and Courthouse, Tuscaloosa, Alabama, before Judge L. Scott Coogler.

Also before this Court is Defendants' motion to stay discovery (Doc. 12), filed on June 5, 2017. The motion is hereby GRANTED. The parties' discovery obligations are SUSPENDED until this Court rules on the pending motions to dismiss.

**DONE** AND **ORDERED** ON JUNE 6, 2017.

_____

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

186289