FILED
2017 Jun-29 PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2017 JUN 29 A 9:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

GARY D.TAYLOR )
Plaintiff )
)
vs. ) CIVIL ACTION
) File NO 7;17-CV-708- LSC
)
FIDELITY NATIONAL TITLE)
INSURANCE COMPANY )
J.P.MORGAN, CHASE BANK )
Mortgage Electronic registration Systems
(M.E.R.S.

Defendant's

PLAINTIFFS MOTION FOR DEFAULT JUDGMENT AGAINST THE DEFENDANTS J.P. MORGAN, CHASE BANK &MORTGAGE ELECTRONIC SYSTEMS INC. (M.E.R.S.)

Pursuant to the FEDERAL RULES OF CIVIL PROCEDURE 2017 edition, Rule 4. summons (A), Title VII Judgment, rule 55

Plaintiff notes that Defendant's J. P. MORGAN,CHASE BANK and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) did not respond to plaintiffs complaint in the time frame specified by the court.

Plaintiff therefore respectfully request the court to issue a default judgment against the a fore mentioned Defendant's

Plaintiff also notes that no notice of representation has been received by the court or the Plaintiff, by any Attorney who represents these Defendant's.

RESPECTFULLY SUBMITTED BY;
Gary Taylor
GARY TAYLOR

13058 VALLA DR
COKER, AL 35452
205 339-0226

06-29-2017
DATE

CASE 7: 17-CV00708-LSC

# CERTIFICATE OF SERVICE

I GARY D.TAYLOR Plaintiff do hereby certify that a true and correct copy of the foregoing document has been served by united states mail with postage paid to the attorney of record for all defendants at the following address;

AUSTIN E, JAMES
FIDELITY NATIONAL LAW GROUP
4170 ASHFORD DUNWOODY ROAD
SUITE 460
ATLANTA, GA, 30319

SIGNED BY PLAINTIFF DATE

Gary Taylor 06-29-2017