IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| GARY TAYLOR, | ) |
| Plaintiff, | ) |
| vs. | ) 7:17-cv-708-LSC |
| JP MORGAN CHASE BANK, N.A., et al., | ) |
| Defendants. | ) |

**ORDER**

For the reasons stated in the Memorandum of Opinion (doc. 35) entered contemporaneously herewith, Defendants' Motion to Dismiss is GRANTED. This case is DISMISSED with PREJUDICE. Costs taxed to Plaintiff.

**DONE** AND **ORDERED** ON DECEMBER 1, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485